IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02028-BNB

BILLY RAY TYLER,

    Plaintiff,

v.

CHAD R. OXMAN, and
DOUGLAS K. WILSON,

    Defendants.

## ORDER OF DISMISSAL

    On August 2, 2012, Plaintiff, acting *pro se*, submitted to the Court a pleading titled "Notice of Intent." Plaintiff is detained at the Adams County Detention Facility in Brighton, Colorado. Magistrate Judge Boyd N. Boland entered an order instructing Plaintiff to file his claims on a Court-approved form used in filing prisoner complaints and either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $350.00 fee in advance. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Thereafter, Plaintiff has failed to communicate with the Court and, as a result, has failed to cure the deficiencies within the time allowed. The Court, therefore, will dismiss the action.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the

purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  12th  day of     September         , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court