Case 1:12-cv-02028-LTB Document 5 Filed 09/12/12 USDC Colorado Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02028-LTB

BILLY RAY TYLER,

    Plaintiff,

v.

CHAD R. OXMAN, and
DOUGLAS K. WILSON,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, District Judge, on September 12, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 12 day of September, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/L. Gianelli
            Deputy Clerk